IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AL MOTECUHZOMA TASTALUCA BEY *a/k/a* ALEXANDER MANSE PARRA, | § § § | |
| Plaintiff, | § § | |
| v. | § | 1:24-CV-557-DII |
| PROGRESSIVE INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

**ORDER**

Before the Court is the report and recommendation from United States Magistrate Judge Mark Lane concerning Plaintiff Al Motecuhzoma Tastaluca Bey's, aka Alexander Manse Parra, ("Plaintiff") Complaint pursuant to 28 U.S.C. § 1915(e), (Dkt. 1). (R. & R., Dkt. 7). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Judge Lane issued his report and recommendation on August 26, 2024. (*Id.*). Plaintiff filed objections to the report and recommendation on September 16, 2024. (Objs., Dkt. 8).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Plaintiff objected to each portion of the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Plaintiff's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the Report and Recommendation of the United States Magistrate Judge, (Dkt. 7), is **ADOPTED**. Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. The Court will enter final judgment by separate order.

**IT IS FURTHER ORDERED** that the Clerk's Office mail a copy of this Order to Plaintiff via certified mail.

**SIGNED** on October 11, 2024.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE